Decided September 18, 1997

### STATE OF CONNECTICUT *v.* CHRISTOPHER DWYER

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 584 (AC 16111), is denied.

*Norman A. Pattis,* in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided September 18, 1997